# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

MAGISTRATE JUDGE ELIZABETH A. PASCAL

**CAMDEN**                                              July 28, 2026
**Court Reporter:**  ECR

**Title of Case:**

                                             Case No: 1:26-mj-07065-EAP-1

UNITED STATES OF AMERICA

        V.

JORDAN PENSAK

**DEFENDANT PRESENT**

**Appearances:**
Joseph McFarlane, AUSA for Government
Mark Catanzaro, Esq. for Defendant

Letitia Blackwell, Pretrial Services

**Nature of Proceedings:** Initial Appearance
Defendant advised of rights, charges, and penalties.
Defendant waives formal reading of the complaint.
Brady Order read into the record.
Order to be entered.
Hearing on joint application for release.
Ordered application granted.
Ordered bail conditions set in the amount of $50,000 unsecured bond with conditions.
Order Setting Conditions of Release to be entered.
Defendant waives preliminary hearing.
Order to be entered.
Order of continuance executed on the record excluding time from July 28, 2026, through September 26, 2026, pursuant to the Speed Trial Act.
Order to be entered.
Ordered Defendant released after processing.

s/Benjamin Appel
Deputy Clerk

Time Commenced: 3:19 p.m. Time Adjourned: 3:27 p.m.
Total Time in Court: 8 mins.